Marie E. Smith, Respondent, v. Bernard Tobias, Appellant.
Submitted May 17, 1943; decided May 27, 1943.

*Archibald Palmer* for motion.
*Henry A. Friedman* opposed.

Motion denied, with ten dollars costs, on the ground that the order of the Appellate Division, from which the appeal is taken, does not finally determine the action or special proceeding within the meaning of the Constitution. (See 290 N. Y. 874.)

In the Matter of James H. Ricker, Appellant, against The Village of Hempstead et al., Respondents.
Submitted May 17, 1943; decided May 27, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 1.)